**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| *v.* | **NO. 23-127-KSM** |
| **SALLIEU MANSARAY** | |

## ORDER

    **AND NOW**, this 20th day of May 2024, following a two-day competency hearing (Doc. Nos. 40, 44) and upon consideration of the parties' letter briefs, the forensic evaluation drafted by Dr. Priyanka Rao and Dr. Robin Watkins of the Bureau of Prisons, Defendant's medical records, and other related documents provided by the parties,[1] it is hereby **ORDERED** that Defendant Sallieu Mansaray is found competent to stand trial pursuant to 18 U.S.C. § 4241(d) for the reasons set forth in the accompanying memorandum.  Defendant shall stand trial on a date to be determined.

    **IT IS FURTHER ORDERED** that the parties shall continue to obtain and provide to the Court Defendant's medical records from the Federal Detention Center, Philadelphia on a bi-weekly basis.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] The Court ordered the parties to provide letter briefing as to Defendant's competency (Doc. No. 43), which the Government filed on April 16, 2024 (Doc. No. 45), and Defendant provided on April 18, 2024. The Court then requested that Defendant provide additional documentation necessary for the Court to determine whether Defendant is competent.  That documentation, which included updated medical records and Defendant's high school and college transcripts, was received on April 26, 2024.