## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| *v.* | **NO. 23-127-KSM** |
| **SALLIEU MANSARAY** | |

### ORDER

**AND NOW**, this 31st day of July 2024, upon consideration of Defendant's Motion for Release Pending Trial (Doc. No. 49), and the Government's Response in Opposition (Doc. No. 55), and after a hearing in open court regarding Defendant's Motion with the Assistant United States Attorney, defense counsel, and Defendant Sallieu Mansaray, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.    The Court finds by clear and convincing evidence that Defendant Sallieu Mansaray violated the terms of his pretrial release order issued by United States Magistrate Judge Scott W. Reid of the Eastern District of Pennsylvania on April 7, 2023 (Doc. Nos. 12, 13).[1]  The Court also finds by clear and convincing evidence that no conditions of release will reasonably assure the safety of the community.  The pretrial release order (Doc. Nos. 12, 13) is therefore **REVOKED** and **VACATED**.

2.    For the same reasons, Defendant's Motion for Release Pending Trial (Doc. No. 49) is **DENIED.**

---

[1] A bench warrant was issued by the Court on June 16, 2023 in regard to Defendant's violation of the conditions of his pretrial release. (Doc. No. 21.)  However, as discussed more fully in the accompanying memorandum, Defendant's intervening competency concerns, which were recently resolved, prevented the Court from addressing the revocation of Defendant's pretrial release until now.

3.      Defendant is committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal;

4.      Defendant shall be afforded reasonable opportunity for private consultation with his counsel; and

5.      On order of a Court of the United States, or on request by an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.